ECF
ORIGINAL
FILED
AUG 28 2006
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OVERLOOK SYSTEMS TECHNOLOGIES, INC.,

*Plaintiff*,

*v.*

THE UNITED STATES OF AMERICA,

*Defendant.*

CASE NO. 06-606 C

JUDGE ______________

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the United States Court of Federal Claims and 31 U.S.C. § 3553, Overlook Systems Technologies, Inc. ("Overlook") moves this Court for a preliminary injunction ordering Defendant the United States, acting through the Department of the Air Force 50th Contracting Squadron, Schriever AFB, to stay LinQuest Corp.'s performance of Contract No. FA2550-06-C-8003 (Global Positioning System Operations Center) until Overlook's August 24, 2006 GAO Supplemental Protest is resolved or until this Court can decide the merits of Overlook's complaint.

Dated: August 28, 2006

Respectfully submitted,

Ronald A. Schechter

ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5160
Fax: (202) 942-5999

*Attorney of Record for Overlook Systems Technologies, Inc.*

*Of Counsel:*

Drew A. Harker
Matthew H. Solomson
ARNOLD & PORTER LLP
Tel: (202) 942-6308
Fax: (202) 942-5999