ORIGINAL

ECF

FILED

AUG 2 8 2006

U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OVERLOOK SYSTEMS TECHNOLOGIES, INC.,

*Plaintiff*,

*v.*

THE UNITED STATES OF AMERICA,

*Defendant*.

06-606 C

CASE NO. ____________

JUDGE ____________

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the United States Court of Federal Claims, Overlook Systems Technologies, Inc. ("Overlook") requests this Court to issue a temporary restraining order staying the performance of Contract No. FA2550-06-C-8003 (Global Positioning System Operations Center) by the United States, acting through the Department of the Air Force (50th Contracting Squadron, Schriever AFB), and LinQuest Corp. until Overlook's August 24, 2006 GAO Supplemental Protest is resolved or until this Court resolves Overlook's Complaint.

Alternatively, Overlook requests that this temporary restraining order be in effect until Overlook's motion for a preliminary injunction can be heard and decided by this Court.

Dated: August 28, 2006

Respectfully submitted,

/Ronald A. Schechter

ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5160
Fax: (202) 942-5999

*Attorney of Record for Overlook Systems Technologies, Inc.*

*Of Counsel:*

Drew A. Harker
Matthew H. Solomson
ARNOLD & PORTER LLP
Tel: (202) 942-6308
Fax: (202) 942-5999