ORIGINAL

ECF

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 2 8 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OVERLOOK SYSTEMS TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>*v.*<br><br>THE UNITED STATES OF AMERICA,<br><br>*Defendant.* | Case No. 06-606 C<br><br>JUDGE ____________ |

## PLAINTIFF OVERLOOK SYSTEMS TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1

There is no parent corporation or publicly held corporation that owns 10% or more of Overlook's stock.

Dated: August 28, 2006

Respectfully submitted,

Ronald A. Schechter
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5160
Fax: (202) 942-5999

*COUNSEL OF RECORD FOR PLAINTIFF OVERLOOK SYSTEMS TECHNOLOGIES, INC.*

*Of Counsel:*
Drew A. Harker
Matthew H. Solomson
ARNOLD & PORTER LLP
Tel: (202) 942-6308
Fax: (202) 942-5999