IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OVERLOOK SYSTEMS TECHNOLOGIES, INC., Plaintiff, | ) | |
| v. | ) | No. 06-606C (Judge Smith) |
| THE UNITED STATES, Defendant. | ) | |

**CONSENT MOTION FOR LEAVE TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, LinQuest Corporation ("LinQuest") hereby moves to intervene in the above-captioned action. Counsel for Defendant, the United States, and for Plaintiff, Overlook Systems Technologies, Inc., have stated that they do not oppose LinQuest's intervention. The grounds supporting LinQuest's motion are set forth in LinQuest's Memorandum in Support of Motion for Leave to Intervene.

WHEREFORE, LinQuest's respectfully requests that this Court grant LinQuest's Motion for Leave to Intervene in this action. A proposed Order is attached.

Respectfully submitted,

/s/ Jessica C. Abrahams

McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7204

Attorney of Record for Intervenor
LinQuest Corporation

Of Counsel:

Jeniffer Roberts
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Dated: August 29, 2006