IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OVERLOOK SYSTEMS TECHNOLOGIES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-606C (Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

LinQuest Corporation ("LinQuest"), the awardee of the contract whose continued performance during the pendency of a GAO protest is at issue in this action, has moved to intervene pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Neither Plaintiff nor Defendant object to LinQuest's intervention. Accordingly, having considered this Motion and the memorandum in support of the motion, it is hereby

ORDERED that LinQuest's Motion to Intervene is hereby GRANTED.

______________________________

Dated: August ____, 2006