**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OVERLOOK SYSTEMS TECHNOLOGIES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 06-606C** |
| | ) | **(Senior Judge Loren A. Smith)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Jeffery T. Infelise as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

JEFFERY T. INFELISE
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: August 31, 2006

s/ Jeffery T. Infelise
Jeffery T. Infelise
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 307-0282
Fax (202) 514-8624

**CERTIFICATE OF FILING**

I hereby certify that on August 31, 2006, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jeffery T. Infelise