# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**OVERLOOK SYSTEMS TECHNOLOGIES, INC.,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant,*

and

**LINQUEST CORP.,**

*Intervenors.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-606C

Senior Judge Smith

Filed: September 1, 2006.

**ORDER**

The Court GRANTS the Motion to Intervene filed by LinQuest Corporation. The caption of this case shall be changed to read as it does above.

The Court has before it the Plaintiff's Motion to Stay this case, which the Government has indicated it will oppose. The Government and Intervenor shall file any opposition to the Plaintiff's Motion to Stay by 5:00 p.m. EDT on Wednesday, September 6, 2006. The Court SCHEDULES a telephone status conference on Thursday, September 7, 2006 at 2:15 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge