# EXHIBIT A

DEPARTMENT OF THE AIR FORCE

50TH CONTRACTING SQUADRON (AFSPC)

BY FACSIMILE

30 August 2006

MEMORANDUM FOR LinQuest Corporation
Attn: Mr. Lisa Neufeld
6701 Center Drive West
Los Angeles, CA 99045

FROM: 50 CONS/LGCZB
210 Falcon Parkway, Suite 2116
Schriever AFB, CO 80912-2116

SUBJECT: Stop Work Order for Contract No. FA2550-06-C-8003, Global Positioning System Operations Center (GPSOC)

1. The Government hereby issues this stop work order to LinQuest in performance of the subject contract until further direction of the Contracting Officer. You are hereby directed to stop all work called for by this contract. Upon receipt of this order, the contractor shall immediately comply with its terms and take all necessary and reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. This stop work order will remain in effect until lifted by the Contracting Officer. Please acknowledge your receipt of this letter.

2. Thank you for your cooperation. If there are any questions concerning this notice, please contact the undersigned by telephone at (719)567-3847.

RANDALL W. THORNTON
Contracting Officer
Chief, Base Support Element

# EXHIBIT B

**DEPARTMENT OF THE AIR FORCE**

**50TH CONTRACTING SQUADRON (AFSPC)**

BY FACSIMILE

30 August 2006

MEMORANDUM FOR Overlook Systems Technologies
Attn: Mr. Tim Roddy
1950 Old Gallows Road, Suite 400
Vienna, VA 22182-3933

FROM: 50 CONS/LGCZB
210 Falcon Parkway, Suite 2116
Schriever AFB, CO 80912-2116

SUBJECT: Notification of Stay of Performance for Contract No. FA2550-06-C-8003, Global Positioning System Operations Center (GPSOC)

1. The Government has decided to voluntarily stay performance by the Awardee, LinQuest, on the above referenced contract until the protest filed by Overlook on 24 August 2006 is resolved or until further order of the Contracting Officer. Should the Government determine that it is appropriate to lift this voluntary stay during the pendency of the protest, or to pursue a CICA Stay Override Request and Approval, it will provide advance notice to the GAO and to the parties of its intent to do so.

2. If there are any questions concerning this notice, please contact the undersigned by telephone at (719)567-3847.

RANDALL W. THORNTON
Contracting Officer
Chief, Base Support Element