# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **OVERLOOK SYSTEMS TECHNOLOGIES, INC.,** | | |
| *Plaintiffs,* | | Case No. 06-606C |
| v. | | Senior Judge Smith |
| **THE UNITED STATES**, | | Filed: September 11, 2006. |
| *Defendant,* | | |
| and | | |
| **LINQUEST CORP.,** | | |
| *Intervenors.* | | |

## ORDER

Pursuant to the status conference held on September 7, 2006, the Court hereby SCHEDULES a telephone status conference for Monday, September 18, 2006 at 2:30 p.m. in the event the matter has not been resolved. In the event the stipulation of dismissal is filed before September 18, 2006, this Order shall be automatically vacated.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge