**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OVERLOOK SYSTEMS TECHNOLOGIES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**LINQUEST CORP.,**<br>**Intervenor.** | **No. 06-606C**<br>**(Senior Judge Loren A. Smith)** |

**STIPULATION OF DISMISSAL**

Acting pursuant to Rule 41(a)(1)(i) of the Rules of the Court of Federal Claims, and based upon the Government's "voluntary commitment to comply with the stay requirements of CICA," see Def. Opp. To Pl.'s Motion to Stay at 6, and the Notification of Stay of Performance for Contract No. FA2550-06-C-8003, Global Positioning System Operations Center (GPSOC), dated 30 August 2006, the parties hereto, acting through their respective counsel of record, hereby stipulate and agree that this action be, and hereby is, dismissed without prejudice, with each party bearing its own costs.

Respectfully submitted,

s/Ronald A. Schechter by s/Jeffery T. Infelise
RONALD A. SCHECHTER
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5160
Fax: (202) 942-5999
*Attorney of Record for Overlook Systems Technologies, Inc.*

OF COUNSEL:
DREW A. HARKER
MATTHEW H. SOLOMSON
ARNOLD & PORTER LLP
Tel: (202) 942-6308
Fax: (202) 942-5999

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Jeffery T. Infelise
JEFFERY T. INFELISE
Trial Attorney
Commercial Litigation
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-0282
Fax (202) 514-8624
*Attorneys for Defendant*

OF COUNSEL:
MICHAEL J. O'FARRELL, JR.
Air Force Legal Operations Agency
Commercial Litigation Division
1501 Wilson Blvd., Rm. 606
Arlington, VA 22209

s/Jessica C. Abrahams by s/Jeffery T. Infelise
JESSICA C. ABRAHAMS
McKenna Long & Aldridge
1900 K Street NW
Washington, DC 20006-1108
Tel: (202) 496-7204
Fax: (202) 496-7756
*Counsel for Intervenor, LinQuest, Corp.*

September 15, 2006

**CERTIFICATE OF FILING**

I hereby certify that on September 15, 2006, a copy of the foregoing Stipulation of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jeffery T. Infelise